FILED14 AUG '19 10:48USDC-ORP

Case No: 6:19-CV-00-00962-JR

Thank you for all you have done, But from my
understanding from you guys (The Courts) I Filed
my claim in the wrong Courts. So with that I
would like to withdrawl my Complaint with
the united States District Court and File my
complaint with The Circuit Courts

Sincerly Ronald R Evans JR    Sid# 12330965

Waner CREEK Correctional Facility
P.O. BOX 1500
LAKEViEW, OR 97630